JUDGMENT
================================================================================

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

--------------

NO. 00-55905
CT/AG#: CV-96-02381-HLH



MILAN CHEYOVICH; DIANA CHEYOVICH, individually and as Court
Appointed Guardian for Daniel Milan Lucien Cheyovich Joye
and Nicolas Marc David Cheyovich Joye, minors

    Plaintiffs - Appellants

v.

SAN MARINO SCHOOL DISTRICT

    Defendant

and

JOHN BEUGELMAN, aka Jacques Beuglemans

    Defendant - Appellee


NO. 00-56937
CT/AG#: CV-96-02381-HLH

MILAN CHEYOVICH; DIANA CHEYOVICH, individually & as Court
Appointed Guardian for Daniel Milan Lucien Cheyovich Joye &
Nicholas Marc David Cheyovich Joye, minors

    Plaintiffs - Appellants

v.

SAN MARINO SCHOOL DISTRICT; JACKY BERNARD JOYE; JUDITH D.
ANDERSON, individually dba Law Firm of Walsh & Declues dba
Law Firm of Liebman, Reiner & Walsh; MICHAEL J. DECLUES,
individually dba Law Firm of Walsh & Declues dba Law Firm of
Liebman, Reiner & Walsh; JAMES A. SHALVOY, individually dba
Law Firm of Bigelow, Moore & Tyre; FRANKLIN T. BIGELOW, JR.,
individually dba Law Firm of Bigelow, Moore & Tyre; CHARLES
JOHNSON, individually & as agent for Focus on the Family;
MARY A. MEYE; PERTA SANTLEY

Defendants - Appellees

---

APPEAL FROM the United States District Court for the Central District of California, Los Angeles .

THIS CAUSE came on to be heard on the Transcript of the Record from the United States District Court for the Central District of California, Los Angeles and was duly submitted.

ON CONSIDERATION WHEREOF, It is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is AFFIRMED.

Filed and entered        December 27, 2001

```
A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

MAY 23 2002

by: _____
      Deputy Clerk
```

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 27 2001

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MILAN CHEYOVICH; DIANA CHEYOVICH, individually and as Court Appointed Guardian for Daniel Milan Lucien Cheyovich Joye and Nicolas Marc David Cheyovich Joye, minors,<br><br>Plaintiffs-Appellants,<br><br>v.<br><br>SAN MARINO SCHOOL DISTRICT; JOHN BEUGELMAN, a.k.a. Jacques Beuglemans, et al.,<br><br>Defendants-Appellees. | Nos. 00-55905<br>00-56937<br><br>D.C. No. CV-96-02381-HLH<br><br>MEMORANDUM* |

Appeal from the United States District Court
for the Central District of California
Harry L. Hupp, District Judge, Presiding

Submitted December 17, 2001**

---

\*   This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36-3.

\*\*   The panel unanimously finds this case suitable for decision without oral argument, and denies appellants' request for oral argument. See Fed. R. App. P. 34(a)(2).

Before:   SCHROEDER, Chief Judge, TROTT and PAEZ, Circuit Judges.

Milan Cheyovich and Diana Cheyovich appeal pro se the district court's orders dismissing for failure to state a claim their action alleging that defendants engaged in a conspiracy with their grandchildren's biological father to kidnap the grandchildren. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Monterey Plaza Hotel, Ltd. v. Local 483*, 215 F.3d 923, 926 (9th Cir. 2000), and we affirm on the ground that the district court lacked subject matter jurisdiction, *Steel Co. v. Citizen for a Better Environment*, 523 U.S. 83, 94-95 (1998).

Despite appellants' attempts to raise claims separate from the prior state court custody action, the two are inextricably intertwined. Because federal court's do not have jurisdiction to review state court decisions, we affirm the district court's dismissal of appellants' action. *See Worldwide Church of God v. McNair*, 805 F.2d 888, 890-93 (9th Cir. 1986) (citing *Rooker v. Fidelity Trust Co.*, 263 U.S. 413 (1923) and *D.C. Court of Appeals v. Feldman*, 460 U.S. 462 (1983)).

We have considered appellants' remaining contentions and reject them for lack of merit. We grant appellants' motion to file a late reply brief and order that the reply brief received on April 11, 2001 be filed.

**AFFIRMED.**

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

MAY 23 2002

by: _____
    Deputy Clerk

2

INTERNAL USE ONLY: Proceedings include all events.
00-55905 Cheyovich, et al v. Beugelman, et al

| | |
|---|---|
| MILAN CHEYOVICH<br>    Plaintiff - Appellant | Milan Cheyovich<br>626/799-3146<br>[COR LD NTC prs]<br>1858 South Euclid Avenue<br>San Marino, CA 91108 |
| DIANA CHEYOVICH, individually and as Court Appointed Guardian for Daniel Milan Lucien Cheyovich Joye and Nicolas Marc David Cheyovich Joye, minors<br>    Plaintiff - Appellant | Diana Cheyovich<br>626/799-3146<br>[COR LD NTC prs]<br>1858 South Euclid Avenue<br>San Marino, CA 91108 |

   v.

SAN MARINO SCHOOL DISTRICT
    Defendant

| | |
|---|---|
| JOHN BEUGELMAN, aka Jacques Beuglemans<br>    Defendant - Appellee | John Beugelman<br>FAX 310/552-0713<br>310/203-8870<br>20th Floor<br>[COR LD NTC prs]<br>1901 Avenue of the Stars<br>Los Angeles, CA 90067<br><br>Richard D. Comess, Esq.<br>310/745-2260<br>[COR LD NTC ret]<br>Law Office of Richard D. Comess<br>944 Princeton Drive<br>Marina Del Rey, CA 90292 |